| IN RE: | UNITED STATES BANKRUPTCY COURT | |
|---|---|---|
| | WESTERN DISTRICT OF LOUISIANA | |
| **Sharon Rideaux** | LAFAYETTE DIVISION | CASE NO.: 11-50809 |
| **Debtor(s)** | | **CHAPTER 13** |

## AMENDED CHAPTER 13 PLAN PRE CONFIRMATION (9-13-11)

**Reasons for Modification:** This plan amends the original plan filed on June 2nd, 2011. This pleading is a pre-confirmation modification of Debtor(s) Chapter 13 Plan of Repayment filed by the above captioned Debtor(s). The changes to the original plan are indicated in *italics* and underlined.

    1) This plan corrects amount of Well Fargo Home Mortgage pre-petition arrears

| | |
|---|---|
| NUMBER OF MONTHS: | **54**. |
| PAYMENT AMOUNT: | *$615.00 for 4 months (July - October 2011), then $620.00 for the remainder of the plan, 50 months.* |
| FIRST PMT. DUE DATE: | **July 2, 2011** |
| ADDITIONAL PLEDGES: | Debtor(s) shall remit to the Trustee copies of Federal and State tax returns required to be filed for tax years **11, 12, and 13** AND any proceeds received from tax refunds, **excluding EIC**. |

**I. DIRECT PAYMENTS**
    A. **Iberia Parish Tax Collector,** may have a claim for property taxes due. Debtor(s) shall pay this directly "outside" the plan.
    B. **Ally Finance** has a lien on Debtor(s) **2007 Chevrolet Silverado. Charles Rideaux Jr.** shall pay this directly "outside" the plan. Debtor surrenders all rights, titles, and interest.
    C. **Wells Fargo Home Mortgage** has a lien on Debtor(s) **property at 1015 Bank Ave, New Iberia, La 70560.** Debtor(s) shall pay this directly "outside" the plan, **$1,159.12 beginning July, 2011.**

**II. CLAIMS SATISFIED BY SURRENDER OF COLLATERAL**.

    None

**III. PAYMENTS DISTRIBUTED BY TRUSTEE**
    A. ADMINISTRATIVE CLAIMS
        1. GERALD J. BREAUX requests a fee of **$2,800.00** to be paid from property of the estate, in monthly payments of **$*351.00*.** Plus, additional funds remaining after payment of trustee and adequate protection payments, whether caused by delay in payment of mortgage payments or other reasons. Any such fees remaining due after the effective date of the plan will be paid in concurrent with trustee fees, APP, monthly mortgage payments and domestic support payments from total funds available.

    B. POST-PETITION MONTHLY MORTGAGE PAYMENTS

    None

    C. SECURED CREDITORS RECEIVING 910 DAY "HANGING PARAGRAPH" TREATMENT*

    None

    D. OTHER SECURED CREDITORS*
        1. **Well Fargo Home Mortgage** has a claim for pre=petition arrears of *$2,558.59* which will be paid over the term of the plan.

1. **American Honda Finance** has a lien on a **2009 Honda Accord**, valued hereby at **$19,703.85**, will be paid that value with **5.25%** interest over **54** months, receiving **AP** payments of **$205.00** for months *1-8*, then payments of **$*446.21*** in months *9-54*. Total amortized payment: **$*22,165.80***

2. **WFFNB** has a lien on **furniture**, valued here by at **$1,000.00,** will be paid that value with **5%** interest over **54** months**.** Total amortized payment: **$1,118.79**

3. **WFFNB** has a lien on **furniture**, valued hereby at **$750.00**, will be paid that value with **5%** interest over **54** months. Total amortized payment: **$839.09**

\* Secured creditors' lien shall remain until secured claim is paid, effective upon discharge.

E. PRIORITY CLAIMS

None

F. UNSECURED CLAIMS
1. NONDISCHARGEABLE
   None

2. CO-SIGNED CLAIMS
   None

3. GENERAL UNSECURED CLAIMS, estimated to be **$37,904.90** should receive pro rata share of approximately **$500.00**, an estimated dividend of **1.32%**.

**IV. GENERAL TERMS**:

**(A)**  The effective date of this plan shall be six(6) months after **June 1, 2011**, the date of filing of the petition.

**(B)**  Title to Debtor(s)' property shall revest in Debtor(s) upon confirmation of a plan pursuant to 11 USC 1327(b) (or upon dismissal after confirmation per 11 USC 1329 or upon closing the case per 11 USC 350).

**(C)**  Confirmation of this plan shall be res judicata on the value of secured claims per Sec 506 and 1325, and approval of Debtor(s)' attorney's request for compensation provided such request is within the Court's approved "no-look" parameters. Any amounts in excess of the approved "no-look" shall be separately requested and noticed.

Respectfully Submitted:

>Simon, Fitzgerald, Cooke, Reed & Welch, Attorney's at Law
>One Lakeshore Dr., Capital One Tower, Suite 1600
>Lake Charles, LA 70629
>(337) 436-7222- E-mail:   jerry@simonfitzgerald.com
>
>By:   /s/ Gerald J. Breaux, #20500
>ATTORNEY FOR DEBTOR(S)

Date:   September 13, 2011